UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S-CARGO INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ALVARADO FORWARDING, INC., a Texas corporation, and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. CV 07-03402 MMM (FMOx)<br><br>JUDGMENT FOR PLAINTIFF |

On May 13, 2008, the court granted plaintiff's motion for entry of a default judgment against defendant Alvarado Forwarding, Inc. Accordingly,

IT IS ORDERED AND ADJUDGED,

1. That plaintiffs shall recover from defendant Alvarado Forwarding, Inc. $322,675.95, representing $254,237.35 in damages; $58,911.10 in prejudgment interest; $8,837.50 in attorney's fees; and $690 in costs of suit; and

2. That the action be, and it hereby is, dismissed.

DATED: May 13, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE